IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-70297-JAD |
| | : | |
| Gloria J. Oakes | : | Chapter # 13 |
| Debtor | : | |
| | : | |
| Gloria J. Oakes | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Gloria J. Oakes** hereby state as follows:

1. I am currently employed part-time by H H Brown and I earn average wages of $1,099.58 per month.

2. I receive Social Security Benefits in the amount of $1,571.00 per month.

3. My son contributes $200.00 per month.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: June 18, 2019                    /s/ Gloria J. Oakes
                                        Gloria J. Oakes
                                        Debtor