**\*FILING FEE PAID\***   (Yes) ____  No ____

FILED
8/21/19 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Oakes_____ JAD

Case Number: __19-70297__

Date of Meeting: __8__/__16__/__19__   Recording # __53__

Debtor(s) present __✓__ or Not Present ____ (__ No Payments Made or __ partial payments)

Attorney for debtor(s) __Willis Noahs__ (Present __✓__ or Not Present ____)

Date of Plan at § 341: __6/22/19__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

__X__ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
       ____ Order to Show Cause Requested
       ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due: _____; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)\*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
       ____ 341 Meeting  OR __X__ Conciliation Conf. OR __ \*Contested Hearing
On __10/3/19__ at __11:30__ (am/pm) Location __3250__

_____
Chapter 13 Trustee/Attorney for Trustee
Jana Pail