Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gloria J Oakes** | : | Case No. 19−70297−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per Oct. 3, 2019 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 3rd of October, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70297-JAD
Gloria J Oakes                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel             Page 1 of 2           Date Rcvd: Oct 03, 2019
                              Form ID: 309           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db              +Gloria J Oakes,    155 Knisley Lane,    Claysburg, PA 16625-8915
15054428        +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +EDI: AISACG.COM Oct 04 2019 06:43:00      Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
15054423         EDI: GMACFS.COM Oct 04 2019 06:43:00      American Suzuki Fin Sv,    5700 Crooks Rd Ste 301,
                 Troy, MI 48098
15095493         EDI: GMACFS.COM Oct 04 2019 06:43:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
15054422        +EDI: GMACFS.COM Oct 04 2019 06:43:00      Ally Financial,    200 Renaissance Ctr # B0,
                 Detroit, MI 48243-1300
15054424         EDI: CAPONEAUTO.COM Oct 04 2019 06:43:00      Capital One Auto Finan,    Credit Bureau Dispute,
                 Plano, TX 75025
15054425        +E-mail/Text: bankruptcynotice@fcbanking.com Oct 04 2019 02:58:55       First Commonwealth Ban,
                 600 Philadelphia St,    Indiana, PA 15701-3904
15054426         EDI: JEFFERSONCAP.COM Oct 04 2019 06:43:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
15089407         EDI: JEFFERSONCAP.COM Oct 04 2019 06:43:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
15054427         E-mail/Text: camanagement@mtb.com Oct 04 2019 02:59:02       M & T Bank,    One Fountain Pl/3rd Fl,
                 Buffalo, NY 14203
15083945         E-mail/Text: camanagement@mtb.com Oct 04 2019 02:59:02       M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
15054429        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 04 2019 03:06:02       Regional Acceptance Co,
                 300 Redland Ct,    Owings Mills, MD 21117-3272
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T BANK
15075269*      ++ALLY FINANCIAL,    ROSEVILLE BANKRUPTCY CENTER,    2740 ARTHUR STREET,    ROSEVILLE MN 55113-1303
                 (address filed with court:   American Suzuki Fin Sv,     5700 Crooks Rd Ste 301,    Troy, MI 48098)
15075268*       +Ally Financial,    200 Renaissance Ctr # B0,    Detroit, MI 48243-1300
15075270*        Capital One Auto Finan,    Credit Bureau Dispute,    Plano, TX 75025
15075271*       +First Commonwealth Ban,    600 Philadelphia St,    Indiana, PA 15701-3904
15075272*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303)
15075274*       +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15075273*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court:   M & T Bank,    One Fountain Pl/3rd Fl,    Buffalo, NY 14203)
15075275*       +Regional Acceptance Co,    300 Redland Ct,    Owings Mills, MD 21117-3272
                                                                                             TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Gloria J Oakes ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-7          User: jhel              Page 2 of 2              Date Rcvd: Oct 03, 2019
                              Form ID: 309            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com
                                           TOTAL: 4