**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| GLORIA J OAKES | Case No.:19-70297 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 05/18/2019 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 0.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 0.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 0.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2541 | | | | |
| ALLY FINANCIAL(*) | 5,060.42 | 0.00 | 0.00 | 0.00 |
| Acct: 3838 | | | | |
| M & T BANK | 23,744.45 | 0.00 | 0.00 | 0.00 |
| Acct: 2541 | | | | |
| M & T BANK | 7,225.73 | 0.00 | 0.00 | 0.00 |
| Acct: 2541 | | | | |
| | * * * N O N E * * * | | | |
| Priority | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLORIA J OAKES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-70297 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| M & T BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2541 | | | | | |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| AMERICAN SUZUKI FINANCIAL SVC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1028 | | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| CAPITAL ONE AUTO FINANCE | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | | |
| FIRST COMMONWEALTH BANK* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3510 | | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | | 375.90 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | | |
| M & T BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4998 | | | | | |
| M & T BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6394 | | | | | |
| REGIONAL ACCEPTANCE | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8801 | | | | | |
| JAMES C WARMBRODT ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | * * * N O N E * * * | | | | |
| TOTAL PAID TO CREDITORS | | | | | 0.00 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED          36,030.60
UNSECURED           375.90

Date: 11/15/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com